UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>BERSHKA USA, INC.,<br><br>               Defendant. | ECF CASE<br><br>No.: 1:19-cv-2094 (VSB) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this entire action with prejudice, resolving all matters in dispute having been made and each party bearing its own fees and costs.

Dated: June 4 2019
      New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: June 3 2019
      New York, New York

_____
Sean Kirby
SHEPPARD MULLIN
30 Rockefeller Plaza
New York, New York 10112-0015
skirby@sheppardmullin.com
212.634.3023
*Attorneys for Defendant*